THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHELLE WISE, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br>   v.<br><br>RING LLC, a Delaware limited liability company,<br><br>                Defendant. | CASE NO. C20-1298-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the deadline for Defendant Ring LLC to respond to the complaint (Dkt. No. 6). Having thoroughly considered the motion and the relevant record and finding good cause, the Court GRANTS the motion. Defendant Ring LLC must file its response to the complaint no later than September 25, 2020.

//

//

//

//

MINUTE ORDER
C20-1298-JCC
PAGE - 1

DATED this 4th day of September 2020.

          William M. McCool
          Clerk of Court

          s/Tomas Hernandez
          Deputy Clerk

MINUTE ORDER
C20-1298-JCC
PAGE - 2