THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| MICHELLE WISE, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br>          v.<br><br>RING LLC, a Delaware limited liability company,<br><br>                    Defendant. | CASE NO. C20-1298-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the deadline for Defendant Ring LLC to respond to Plaintiff's Amended Complaint (Dkt. No. 30). Having thoroughly considered the motion and the relevant record and finding good cause, the Court GRANTS the motion. Defendant Ring LLC must file its response to Plaintiff's Amended Complaint no later than November 13, 2020. Pursuant to the parties' stipulation, if Ring files a Rule 12 motion in response, it must note the motion for consideration for December 11, 2020.

//

//

//

MINUTE ORDER
C20-1298-JCC
PAGE - 1

DATED this 28th day of October 2020.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk